1  PAUL T. FRIEDMAN (BAR NO. 98381)
   Email: PFriedman@mofo.com
2  ANNEMARIE C. O'SHEA (BAR NO. 157988)
   Email: AOShea@mofo.com
3  JANELLE J. SAHOURIA (BAR NO. 253699)
   Email: JSahouria@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  415.268.7000
6  Facsimile:   415.268.7522

7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

13 INSIGHT ENTERPRISES, INC., a corporation;        Case No.   C08 02627
   FALVEY CARGO UNDERWRITING, LTD., a
14 corporation,
                                                   **CERTIFICATE OF SERVICE**
15           Plaintiffs,

16      v.

17 UNITED PARCEL SERVICE, INC., a
   corporation; and DOES ONE through FIFTEEN,
18
             Defendants.
19

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**DEFENDANT UNITED PARCEL SERVICE, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441; DEFENDANT UNITED PARCEL SERVICE, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPROATE DISCLOSURE STATEMENT; ORDER SETTING INTIAIL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRIAL PREPARATION; STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES; HEARING SCHEDULES, GENERAL ORDER NO. 40, 45, 53; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ORDER OF THE CHIEF JUDGE**

**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT [FILED IN SANTA CLARA SUPERIOR COURT]**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Joshua E. Kirsch, Esq.
**GIBSON ROBB & LINDH LLP**
**100 First Street, 27th Floor**
**San Francisco, CA 94105**

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 27th day of May, 2008.

| Aileen S. Martinez | /s/ |
|---|---|
| (typed) | (signature) |