1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th floor
   San Francisco, California 94105
3  Telephone: (415) 348-6000

4  Attorney for Plaintiff
   INSIGHT ENTERPRISES, INC. and
5  FALVEY CARGO UNDERWRITING, LTD.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a corporation; FALVEY CARGO UNDERWRITING, LTD., a corporation; <br><br> Plaintiffs, <br> v. <br><br> UNITED PARCEL SERVICE, INC., a corporation; and DOES ONE through FIFTEEN, <br><br> Defendants. | Case No. 5:08-cv-02627 <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for plaintiff INSIGHT ENTERPRISES, INC., and FALVEY CARGO UNDERWRITING, LTD., states that pursuant to FRCP 7.1, there is no such organization to disclose within the meaning of that rule.

Dated: June 3, 2008                    Respectfully submitted,

                                       GIBSON ROBB & LINDH LLP

                                       [signature]
                                       _____
                                       Joshua E. Kirsch
                                       Attorney for Plaintiff
                                       INSIGHT ENTERPRISES, INC. and
                                       FALVEY CARGO UNDERWRITING, LTD.