JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
100 First Street, 27th floor
San Francisco, California 94105
Telephone: (415) 348-6000

Attorney for Plaintiff
INSIGHT ENTERPRISES, INC. and
FALVEY CARGO UNDERWRITING, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a corporation; FALVEY CARGO UNDERWRITING, LTD., a corporation;<br><br>Plaintiffs,<br>v.<br><br>UNITED PARCEL SERVICE, INC., a corporation; and DOES ONE through FIFTEEN,<br><br>Defendants. | Case No. 5:08-cv-02627<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs hereby demand trial by jury pursuant to FRCP 38 and C.R. 3-6.

Dated: June 3, 2008                                  Respectfully submitted,

                                                     GIBSON ROBB & LINDH LLP

                                                     _____
                                                     Joshua E. Kirsch
                                                     Attorney for Plaintiff
                                                     INSIGHT ENTERPRISES, INC. and
                                                     FALVEY CARGO UNDERWRITING, LTD.

DEMAND FOR JURY TRIAL
CASE NO.: 5:08-cv-02627; OUR FILE NO.: 5718.16