JOSHUA E. KIRSCH (179110)
JOSHUA A. SOUTHWICK (246296)
GIBSON ROBB & LINDH LLP
100 First Street, 27th floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiffs
INSIGHT ENTERPRISES, INC. and
FALVEY CARGO UNDERWRITING, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| INSIGHT ENTERPRISES, INC., a corporation; FALVEY CARGO UNDERWRITING, LTD., a corporation;<br><br>Plaintiffs,<br>v.<br><br>UNITED PARCEL SERVICE, INC., a corporation;<br><br>Defendants. | Case No. 5:08-cv-02627 JF (PVT)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned lawsuit be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1).

DATED: December 29, 2008

GIBSON, ROBB & LINDH LLP

By_____/S/_____
Joshua A. Southwick
Attorney for Plaintiffs
INSIGHT ENTERPRISES, INC. and
FALVEY CARGO UNDERWRITING, LTD.

/ / /

/ / /

1  DATED: December 29, 2008                    MORRISON & FOERSTER LLP

2

3                                              By_____/S/_____
                                                      Annemarie C. O'Shea
4                                                     Attorney for Defendant
                                                UNITED PARCEL SERVICE, INC.

5

6       I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this efiled document.
7

8  IT IS SO ORDERED.

9

10 Dated:  1/5/09                               _____
                                                United States District Judge
11

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco by the law firm of GIBSON ROBB & LINDH LLP, 100 First Street, 27th Floor, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action. I am readily familiar with the practice of GIBSON ROBB & LINDH LLP with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. The below-described document(s) will be deposited in the ordinary course of the business of GIBSON ROBB & LINDH LLP with the United States Postal Service on the same date as I sign this document. On December 29, 2008, I served the within **STIPULATION OF DISMISSAL** in said action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid addressed as follows:

Annemarie C. O'Shea, Esq.
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

*Attorney for Defendant*
*UNITED PARCEL SERVICE, INC.*

Following the ordinary business practices of GIBSON ROBB & LINDH LLP, I placed the aforesaid envelope in the place for collection and mailing on the date specified.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 29, 2008, at San Francisco, California.

Miranda L. Bane